**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-1290

Lawrence David Phillips, Jr.

- - Versus - -

Exxon Chemical Louisiana, LLC and/or Exxon Chemical
Americas, Exxon Mobil Corporation, Taylor-Seidenbach,
Inc., The McCarty Corporation, Anco Insulation, Inc.,
Ingersoll Rand Company, AMEC Foster Wheeler
Constructors, Inc., Resco Holdings, LLC, as Success

19th Judicial District Court
Case #: 691676
East Baton Rouge Parish

On Application for Rehearing filed on 07/07/2023 By Lawrence David Phillips, Jr.

Rehearing _____Denied_____

_____
John Michael Guidry

_____
Elizabeth Wolfe

_____
Steven M. Miller

Date _____JUL 2 0 2023_____

_____
Rodd Naquin, Clerk